[No. 61206-9-I.   Division One.   November 16, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MARTIN KAISER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 06-1-06247-3, Harry J. McCarthy, J., entered January 9, 2008. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Becker and Lau, JJ.

[No. 61777-0-I.   Division One.   November 16, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. AMARJEET SOHAL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 08-1-00270-1, Kimberley Prochnau, J., entered May 7, 2008. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Dwyer, A.C.J., and Cox, J.

[No. 62062-2-I.   Division One.   November 16, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS JAMES BLOWERS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 07-1-09811-5, Sharon S. Armstrong, J., entered June 30, 2008. *Affirmed* by unpublished opinion per Cox, J., concurred in by Schindler, C.J., and Leach, J.

[No. 62305-2-I.   Division One.   November 16, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES JAY LEWIS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 07-1-03585-7, Michael J. Fox, J., entered August 19, 2008. *Affirmed* by unpublished opinion per Leach, J., concurred in by Schindler, C.J., and Cox, J.